UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ATHALONZ, LLC,<br><br>                    Plaintiff,<br><br>        v.<br><br>UNDER ARMOUR, INC.,<br><br>                    Defendant. | 24-MC-0047 (DEH)<br><br>ORDER |

DALE E. HO, United States District Judge:

On January 29, 2024, non-party Bryce Harper filed a motion to quash the subpoena issued against him by Plaintiff Athalonz, LLC.  *See* ECF No. 1.  That motion has been fully briefed since February 5, 2024.  *See* ECF No. 15.

It is hereby ORDERED that the parties shall appear before the Court in Courtroom 905 of the Thurgood Marshall United States Courthouse (40 Foley Square, New York, NY 10007) on **April 4, 2024, at 2:30 p.m. (E.T.)** for oral argument on this matter.

SO ORDERED.

Dated: March 28, 2024
        New York, New York

*(signature)*

DALE E. HO
United States District Judge